FILED
CLERK
10/31/2025 11:32 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LAZAR and SHEBA KHAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>INTERNATIONAL SHOPPES, LLC and DIPLOMATIC DUTY FREE SHOPS OF NEWYO RK, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-04170-GRB-SIL<br><br>Judge Gary R. Brown |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual and class claims without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 30, 2025

/s/ Cassandra Miller
Cassandra P. Miller (*pro hac vice*)
STAUSS BORRELLI PLLC
980 N Michigan Ave, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
cmiller@straussborrelli.com

James Jackson Bilsborrow
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Counsel for Plaintiffs*

Dated: October 30, 2025

/s/Stephen L. Saxl
Stephen L. Saxl
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9200
saxls@gtlaw.com

*Counsel for Defendants*

Dated: 10/31/2025
So Ordered. The Clerk of the Court is directed to close this case.
/s/ Gary R. Brown
GARY R. BROWN, U.S.D.J.

1

## CERTIFICATE OF SERVICE

I, Cassandra Miller, hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 30th day of October, 2025.

        STRAUSS BORRELLI PLLC

        By: */s/ Cassandra Miller*
            Cassandra Miller
            cmiller@straussborrelli.com
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109